IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

3 DAUGHTERS BREWING, LLC,
a Florida limited liability company,

       Plaintiff,

vs.                                          CASE NO.  8:18-CV-2791-T-36SPF

SAUGATUCK BREWING COMPANY,
INC., a Michigan corporation.

       Defendant.
_____)

**NOTICE OF SETTLEMENT**

       Comes now the parties, through Plaintiff's counsel, and provide notice to the Court that the present cause has settled, and state:

       1.    Notice is hereby provided pursuant to Local Rule 3.08 that the parties have reached settlement.

       2.    Plaintiff requests that this Court otherwise administratively close the file, subject to the right of any party to move the Court within sixty (60) days thereafter (or within such period of time as the Court may specify) for the purpose of entering a stipulated form of final order or judgment; or on good cause shown, to reopen the case for further proceedings.  (L.R. 3.08).

       3.    The parties anticipate submitting a Stipulation for Dismissal with Prejudice and will therein request the case be dismissed and closed.

      /s/ *Frank R. Jakes*
Frank R. Jakes, FBN 372226
Email:  frankj@jpfirm.com
JOHNSON, POPE, BOKOR,
  RUPPEL & BURNS, LLP
401 E. Jackson Street, Suite 3100
Tampa, FL  33602
(813) 225-2500
(813) 223-7118 (Fax)

Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of January, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and served by email a copy on Nyal D. Deems, Varnum Attorneys at Law, 333 Bridge Street NW, Grand Rapids MI 49504 (E-Mail: nddeems@varnumlaw.com). .

/s/ *Frank R. Jakes*
Frank R. Jakes, FBN 372226
JOHNSON, POPE, BOKOR,
  RUPPEL & BURNS, LLP
401 E. Jackson Street, Suite 3100
Tampa, FL  33602
(813) 225-2500
(813) 223-7118 (Fax)
E-Mail: frankj@jpfirm.com
Attorneys for Plaintiff

5352829